IT IS SO ORDERED.

s/*Pamela A. Barker*
**PAMELA A. BARKER,**
**U.S. DISTRICT JUDGE**

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| FRANKIE DIXON, et al., | CASE NO. 1:22-CV-00196 |
| Plaintiff, | |
| vs. | JUDGE PAMELA A. BARKER |
| TSK EXPRESS, et al., | |
| Defendants. | |

**STIPULATED DISMISSAL WITH PREJUDICE**

Plaintiffs Frankie Dixon, Monique Pridgen, Ernesto Yaque, Wayman Patterson, Yusniel Vazquez, Evelio Delgado Rivera, and Mario Yodel Borras Gonzales, through their counsel, hereby dismiss the pending action with prejudice. All costs to Plaintiffs.

In support of this dismissal, the undersigned counsel for Plaintiffs represents that, following discovery and an independent analysis of Defendants' collectability, it has been determined that Defendants are insolvent and that continued pursuit of the claims presented herein would be futile.

Respectfully submitted,

/s/ Alexander C. Karcher
Alexander C. Karcher (0098192)
Roetzel & Andress, LPA
41 S. High Street, Suite 2100
Columbus, Ohio 43215
Telephone: (614) 636-1966
Email: akarcher@ralaw.com
*One of the Counsel for Defendants*

/s/ John B. Stalzer
John B. Stalzer (#0074371)
STALZER LAW
20714 Stratford Avenue
Rocky River, Ohio 44116
Telephone: (440) 578-7727
Email: jstalzer@stalzerlaw.com
*One of the Counsel for Plaintiffs*

6